RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
AMELIA L. BIZZARO
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
amelia_bizzaro@fd.org

Counsel for Petitioner James Anthony Davis.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ANTHONY DAVIS,<br><br>        Petitioner,<br><br>    v.<br><br>D.W. NEVEN, et al.,<br><br>        Respondents. | Case No. 2:15-cv-01574-RFB-NJK<br><br>**MOTION FOR EXTENSION OF TIME TO FILE AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**(Third Request)** |

Petitioner James Anthony Davis moves this Court for an extension of time of 120 days from January 26, 2017 to, and including, May 26, 2017, to file an Amended Petition for Writ of Habeas Corpus. This motion is based on the attached declaration of counsel and the record in this case.

Dated this 26th day of January, 2017.

                                              Respectfully submitted,

                                              RENE L. VALLADARES
                                              Federal Public Defender

                                              */s/ Amelia L. Bizzaro*
                                              AMELIA L. BIZZARO
                                              Assistant Federal Public Defender

## POINTS AND AUTHORITIES

1. On December 12, 2003, the state charged Davis with murder. Upon entry of his guilty plea, the court sentenced him to 20 years to life. The Nevada Department of Corrections houses Davis at Lovelock Correctional Center.

2. On March 31, 2016, this Court appointed the Federal Public Defender as counsel for Davis. ECF No. 8. Atty. Melanie Gavisk filed a Notice of Representation on April 15, 2016. ECF No. 9. Atty. Gavisk previously sought a 120-day extension until September 28, 2016. ECF No. 10.

3. Undersigned counsel filed her Notice of Appearance on August 10, 2016, having been reassigned the case, ECF No. 14, and a second request for 120-day extension until January 26, 2017, ECF No. 15. Counsel has met with Davis in person twice, the most recent visit taking place last Friday in Lovelock, and has spoken to him on the phone several times. This is Davis's third request for a 120-day extension of time.

4. This is a complex habeas corpus case with a voluminous record. As this Court previously noted, the petition appears untimely. *See* ECF No. 3. *See also* ECF Nos. 6, 7 (Davis's *pro se* response to this Court's Order to Show Cause and the warden's reply). Davis, by counsel, has been actively investigating the case, including an investigation related to tolling as well as an investigation of the merits of the claims. To that end, we have requested and received records from several different entities, including medical facilities and law enforcement agencies on the east coast, as well as the Nevada Department of Corrections. The records NDOC sent on December 6, 2016 were so voluminous they arrived by mail on compact disc. Just this week, we ordered additional records from the Social Security Administration and are planning to order school records from four schools in New York. In addition, we ordered and received several transcripts in Davis's case on December 7, 2016.

5.    Although the FPD has been diligently working on this case, additional time is necessary to order and receive records required for Davis's case. Once obtained, it will take a significant period of time to completely review the file and draft an amended petition. The additional period of time is necessary in order to effectively and thoroughly represent Davis. This motion is not filed for the purposes of delay but in the interests of justice, as well as in Davis's interests.

6.    On January 26, 2017, undersigned counsel contacted Senior Deputy Attorney General Shane S. Chesney about this request. However, I was unable to connect with Atty. Chesney before filing this motion.

7.    For the reasons above, as well as the record in this case, Davis asks this Court to grant his request for an extension of time to file the amended petition and order the amended petition to be filed on or before May 26, 2017.

Dated this 26th day of January, 2017.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

*/s/ Amelia L. Bizzaro*
AMELIA L. BIZZARO
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 30th day of January, 2017.

# CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and include Deputy Attorney General Shane Chesney.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing documents by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within three calendar days, to the following non-CM/ECF participants:

James Anthony Davis
No. 81111
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419

*/s/ Jessica Pillsbury*
An Employee of the
Federal Public Defender,
District of Nevada