# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES ANTHONY DAVIS,

    Petitioner,

vs.

DWIGHT W. NEVEN, et al.,

    Respondents.

Case No. 2:15-cv-01574-RFB-NJK

**ORDER**

The court has received from petitioner himself a letter asking that appointed counsel be dismissed (ECF No. 12) and a formal motion to withdraw counsel (ECF No. 13). The court also has received from petitioner himself a letter asking the court to disregard those two requests (ECF No. 11).[1] The court will not act upon petitioner's proper-person requests.

Petitioner, through counsel, has filed an unopposed motion for extension of time to file amended petition for writ of habeas corpus (first request) (ECF No. 10) and an unopposed motion for extension of time to file amended petition for writ of habeas corpus (second request) (ECF No. 15). The court grants these requests.

Petitioner has filed a motion for order to show cause (ECF No. 6). The court's appointment of counsel makes this motion moot.

IT IS THEREFORE ORDERED that no action will be taken on petitioner's letter asking that appointed counsel be dismissed (ECF No. 12) and motion to withdraw counsel (ECF No. 13).

---

[1] Somehow, the court received the requests to dismiss counsel arrived in the mail <u>after</u> the court received the letter asking the court to disregard those requests.

IT IS FURTHER ORDERED that petitioner's unopposed motion for extension of time to file amended petition for writ of habeas corpus (first request) (ECF No. 10) and unopposed motion for extension of time to file amended petition for writ of habeas corpus (second request) (ECF No. 15) are **GRANTED**. Petitioner will have through February 26, 2017, to file and serve an amended petition.

IT IS FURTHER ORDERED that petitioner's motion for order to show cause (#6) is **DENIED**.

DATED: February 8, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge