# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAMES ANTHONY DAVIS,

    Petitioner,

vs.

DWIGHT W. NEVEN, et al.,

    Respondents.

Case No. 2:15-cv-01574-RFB-NJK

**ORDER**

Petitioner having filed an unopposed motion for extension of time (fourth request) (ECF No. 24), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time (fourth request) (ECF No. 24) is **GRANTED**. Petitioner will have through August 24, 2017, to file and serve an amended petition for a writ of habeas corpus.

DATED: March 30, 2017.

RICHARD F. BOULWARE, II
United States District Judge