# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES ANTHONY DAVIS,

    Petitioner,

vs.

DWIGHT W. NEVEN, et al.,

    Respondents.

Case No. 2:15-cv-01574-RFB-NJK

**ORDER**

Respondents have filed a motion for extension of time (second request) (ECF No. 44). The court grants this motion.

Petitioner has filed a proper-person motion to extend prison copywork limit (ECF No. 41). The court denies this motion for two reasons. First, petitioner may not file proper-person motions because counsel represents petitioner. Second, petitioner's request is moot because counsel represents petitioner, and counsel will handle any needed photocopying.

IT IS THEREFORE ORDERED that respondents' motion for extension of time (second request) (ECF No. 44) is **GRANTED**. Respondents will have through March 19, 2018, to file and serve an answer or other response to the first amended petition (ECF No. 29).

///
///
///
///
///

IT IS FURTHER ORDERED that petitioner's proper-person motion to extend prison copywork limit (ECF No. 41) is **DENIED**.

DATED: February 20, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge