# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ANTHONY DAVIS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DWIGHT W. NEVEN, et al.,<br><br>　　　　　Respondents. | Case No. 2:15-cv-01574-RFB-NJK<br><br>**ORDER** |

Respondents having filed a motion for extension of time (fourth request) (ECF No. 48), and good cause appearing;

IT THEREFORE IS ORDERED that respondents motion for extension of time (fourth request) (ECF No. 48) is **GRANTED**. Respondents will have through April 25, 2018, to file and serve an answer or other response to the first amended petition (ECF No. 29).

DATED: <u>April 23, 2018</u>.

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　United States District Judge