RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
AMELIA L. BIZZARO
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
amelia_bizzaro@fd.org

Counsel for Petitioner James Anthony Davis.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ANTHONY DAVIS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>D.W. NEVEN, et al.,<br><br>　　　　Respondents. | Case No. 2:15-cv-01574-RFB-NJK<br><br>**Unopposed Motion for Extension of Time to File Opposition to Motion to Dismiss**<br><br>**(First Request)** |

Petitioner James Anthony Davis moves this Court for an extension of time of 90 days from May 8, 2018 to, and including, August 6, 2018, to file an opposition to Neven's motion to dismiss. This motion is based on the attached points and authorities and the record in this case.

## POINTS AND AUTHORITIES

1. On December 12, 2003, the state charged Davis with murder. Upon entry of his guilty plea, the court sentenced him to 20 years to life. The Nevada Department of Corrections houses Davis at Lovelock Correctional Center.

2. Davis filed a counseled amended petition on August 24, 2017 after seeking four extensions of time. In his requests, Davis acknowledged that his petition was late. *See* ECF Nos. 18, 24.

3. On April 24, 2018, Neven filed a motion to dismiss after seeking a similar number of extensions. *See* ECF Nos. 42, 44, 46, 48, 51. In it, he seeks to dismiss Davis's petition as untimely. Neven alleges that Davis's petition is at least six years late, but may be as many as 8 years late. ECF No. 51.

4. This Court did not set a specific period of time for Davis to respond to Neven's motion, but rather invoked the local rules. ECF No. 39 at 1. Under the rules, Davis's response is due just two weeks later, or by May 8, 2018. *See* Local Rule 7-2.

5. Counsel recently learned Davis has undergone medical treatment that may relate to her anticipated equitable tolling argument. Accordingly, today she requested updated medical records from the Nevada Department of Corrections. The requested extension allows time for the Department of Corrections, in conjunction with the AG's office, to examine and fulfill counsel's request, which may take several weeks. It also permits counsel time to receive the records, review them and possibly consult with her expert, before crafting Davis's opposition.

6. The additional period of time is necessary in order to effectively and thoroughly represent Davis. This motion is not filed for the purposes of delay but in the interests of justice, as well as in Davis's interests.

7. On April 4, 2018, undersigned counsel e-mailed Chief Deputy Attorney General Heidi Stern about this request, who reported that she had no objection to this request.

8. For the reasons above, as well as the record in this case, Davis asks this Court to grant his request for an extension of time to file the amended petition and order the amended petition to be filed on or before August 6, 2018.

Dated this 4th day of May, 2018.

                    Respectfully submitted,

                    RENE L. VALLADARES
                    Federal Public Defender

                    */s/ Amelia L. Bizzaro*
                    AMELIA L. BIZZARO
                    Assistant Federal Public Defender


                    IT IS SO ORDERED:

                    _____
                    RICHARD F. BOULWARE, II
                    UNITED STATES DISTRICT JUDGE

                    DATED this 7th day of May, 2018.

# CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and include: HEIDI PARRY STERN.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within three calendar days, to the following non-CM/ECF participants:

James Anthony Davis
No. 81111
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419

/s/ Jessica Pillsbury
An Employee of the
Federal Public Defender,
District of Nevada