# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ANTHONY DAVIS, | Case No. 2:15-cv-01574-RFB-NJK |
| Petitioner, | **ORDER** |
| v. | |
| DWIGHT W. NEVEN, et al., | |
| Respondents. | |

Petitioner having filed a motion to extend time (second request) (ECF No. 54), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's motion to extend time (second request) (ECF No. 54) is **GRANTED**. Petitioner will have through October 6, 2018, to file and serve a response to the motion to dismiss (ECF No. 50).

DATED: August 10, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

1