ADAM PAUL LAXALT
  Attorney General
Heidi Parry Stern (Bar. No. 8873)
  Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., #3900
Las Vegas, NV 89101-1068
(702) 486-3594
HStern@ag.nv.gov

*Attorneys for Respondents*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ANTHONY DAVIS,<br><br>Petitioner,<br><br>vs.<br><br>DWIGHT W. NEVEN, et al.,<br><br>Respondents. | Case No. 2:15-cv-01574-RFB-NJK<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PETITIONER'S MOTION FOR EVIDENTIARY HEARING (ECF NO. 62)**<br><br>**(SECOND REQUEST)** |

Respondents hereby request an extension of time of an additional seven (7) days, up to and including December 10, 2018, within which to file their Opposition to Petitioner's Motion for Evidentiary Hearing (ECF No. 62). The current due date to file the Opposition is December 3, 2018.

This is the second enlargement of time sought by Respondents and is brought in good faith and not for the purpose of delay. This motion is based on the accompanying declaration of counsel.

DATED: December 3, 2018.

                                              ADAM PAUL LAXALT
                                              Attorney General

                                              By: /s/ Heidi Parry Stern
                                                   Heidi Parry Stern (Bar. No. 8873)
                                                   Chief Deputy Attorney General

# **DECLARATION OF HEIDI PARRY STERN**

STATE OF NEVADA )
                ) ss:
COUNTY OF CLARK )

I, HEIDI PARRY STERN, being first duly sworn under oath, depose and state as follows:

1. I am an attorney licensed to practice law in all courts within the State of Nevada; qualified and admitted to practice before this Court; employed as a Chief Deputy Attorney General in the Office of the Nevada Attorney General; and pursuant to this employment, I have been assigned to represent Respondents in *James Anthony Davis v. Dwight W. Neven, et al.*, 2:15-cv-01574-RFB-NJK, and as such, have personal knowledge of the matters contained herein.

2. I was assigned to this matter after the retirement this year of one of the attorneys in our office. Since his retirement, our unit has been short staffed due to the office's inability to find a replacement for him. As such, my caseload (particularly of death penalty cases) has been substantially higher than normal during this timeframe.

3. In addition, during this same timeframe, I have had an unusually heavy load of oral arguments before the Ninth Circuit, which have required significant preparation time. This includes, most recently, *Robert Jones v. Jack Palmer, et al.*, Case No. 17-15575, which took place on October 9, 2018, and *Alquandre H. Turner v. Renee Baker, Warden, et al.*, Case No. 17-72044, which took place on November 16, 2018.

4. That the Opposition to Petitioner's Motion for Evidentiary Hearing is due to be filed December 3, 2018.

5. Respondents request seven (7) days to file an opposition, up to and including December 10, 2018.

6. I have contacted opposing counsel, and she has no objection to this request for extension.

7. This is Respondents' second motion for enlargement of time to file the Opposition.

8. I have been working diligently to complete this opposition and do not anticipate seeking additional extensions.

/ / /

/ / /

9. This motion for enlargement of time is made in good faith and not for the purpose of delay.

DATED this 3rd day of December, 2018.

                                                           /s/ Heidi Parry Stern
                                                         Heidi Parry Stern (Bar No. 8873)
                                                         Chief Deputy Attorney General

IT IS SO ORDERED:



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 6th day of December, 2018.

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing *Unopposed Motion for Extension of Time to File Opposition to Petitioner's Motion for Evidentiary Hearing (ECF No. 62) (Second Request)* with the Clerk of the Court by using the CM/ECF system on December 3, 2018.

The following participants in this case are registered CM/ECF users and will be served by the CM/ECF system:

> Amelia L. Bizzaro, Esq.
> Federal Public Defender's Office
> 411 E. Bonneville Avenue, Suite 250
> Las Vegas, Nevada 89101
> Amelia_bizzaro@fd.org

      /s/ R. Carreau
      An employee of the Office of the Attorney General