# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

JAMES ANTHONY DAVIS,

        Petitioner,

v.

D.W. NEVEN, et al.,

        Respondent(s).

Case No. 2:15-cv-01574-RFB-NJK

**ORDER TO PRODUCE
JAMES ANTHONY DAVIS, #81111**

TO: MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and
TO: ISIDRO BACA, WARDEN, NORTHERN NEVADA CORRECTIONAL CENTER, CARSON CITY, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **JAMES ANTHONY DAVIS, #81111,** is presently in custody of the Nevada Department of Corrections, located at Northern Nevada Correctional Center, Carson City, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Northern Nevada Correctional Center, or his designee, shall transport and produce **JAMES ANTHONY DAVIS, #81111,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about September 4, 2019, at the hour of 9:00 a.m., to attend the Evidentiary hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **JAMES ANTHONY DAVIS, #81111,** is released and discharged by the said Court; and that the said **JAMES ANTHONY DAVIS, #81111,** shall

/ / /

/ / /

thereafter be returned to the custody of the Warden, Northern Nevada Correctional Center, under safe and secure conduct.

**DATED** this 21st day of August, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**