AARON D. FORD
  Attorney General
Allison Herr (NV Bar No 5383)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
(702) 486-3799 (phone)
(702) 486-2377 (fax)
AHerr@ag.nv.gov
Attorneys for Respondents

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ANTHONY DAVIS,<br><br>   Petitioner,<br><br>vs.<br><br>DWIGHT W. NEVEN, et al.,<br><br>   Respondents. | Case No. 2:15-cv-01574-RFB-NJK<br><br>**RESPONDENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER THE FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS (ECF NO. 29)**<br><br>**(SECOND REQUEST)** |

Respondents move this Court for an enlargement of time of forty-five days from the current due date of Monday, December 14, 2020 up to and including Thursday, January 28, 2021, in which to file their answer to Petitioner James Davis' First Amended Petition for Writ of Habeas Corpus. ECF No. 29. This motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached affidavit of counsel.

This is the second enlargement of time sought by Respondents and is brought in good faith and not for the purpose of delay.

DATED December 14, 2020.

AARON D. FORD
Attorney General

By: /s/ Allison Herr
  ALLISON HERR (Bar No. 5383)
  Senior Deputy Attorney General

## **DECLARATION OF ALLISON HERR**

STATE OF NEVADA     )
                    ) ss:
COUNTY OF CLARK     )

I, Allison Herr, being first duly sworn under oath, depose and state as follows:

1. I am an attorney licensed to practice law in all courts within the State of Nevada and am employed as a Senior Deputy Attorney General in the Office of the Nevada Attorney General. I have been assigned to represent Respondents in the case of *Davis v. Neven,* 2:15-cv-01574-RFB-NJK, and as such, have personal knowledge of the matters contained herein.

2. An answer to the First Amended Petition for Writ of Habeas Corpus (ECF No. 29) is currently due on Monday, December 14, 2020. Respondents have been unable to timely complete their answer and need additional time. Respondents seek an extension of forty-five days up to and including Thursday, January 28, 2020.

3. During the course of preparation of the answer, I became aware that the transcript of the September 4, 2019 evidentiary hearing was missing from case file. Unfortunately, at the time of the redaction deadline, I was out on medical leave and a request for the transcript was overlooked. Later due to a changeover in internal staffing efforts to secure the transcript again slipped through the cracks. A new request was entered on November 30, 2020, however due to budget cuts related to COVID-19 counsel had to obtained approved from the office auditor for the expenses and did not obtain that approval until December 11, 2020. While the transcript is now in hand, that left insufficient time to complete the answer by the December 14, 2020 deadline. Additionally I have three answers due in federal court along with an answering brief and oral argument in the 9th Circuit coming due in the next thirty days including Malone 2:18-cv-01146, Wilson 2:19-cv-00549, Forsberg 3:19-cv-00037, Patterson 20-15635, and Minor 19-15822. Thus, I am seeking a forty-five-day extension to insure enough time to complete this project.

4. Respondents have conferred with counsel for Petitioner about this request and Petitioner's counsel does not object to the requested extension.

5. This is the second request for an extension.

/ / /

/ / /

6. This motion is made in good faith and not for the purpose of delay. I declare under penalty of perjury that the foregoing is true and correct Executed on this 13th day of December 2020.

/s/ Allison Herr
ALLISON HERR (Bar No. 5383)

IT IS SO ORDERED:



RICHARD F. BOULWARE, II
United States District Judge

DATED this 14th day of December, 2020.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing ***MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS (SECOND REQUEST)*** with the Clerk of the Court by using the CM/ECF system on December 14, 2020.

The following participants in this case are registered electronic filing system users and will be served electronically:

Amelia L. Bizzaro
S. Alex Spelman
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
amelia_bizzaro@fd.org
alex_spelman@fd.org

        /s/ L. Combs
        An employee of the Office of the Attorney General