UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ANTHONY DAVIS, | Case No. 2:15-cv-01574-RFB-NJK |
| Petitioner, | **ORDER** |
| v. | |
| DWIGHT W. NEVEN, et al., | |
| Respondents. | |

Petitioner has filed a proper-person motion for copies of the docket sheet, court minutes, and court orders. ECF No. 109. Petitioner cannot file proper-person documents in this action because counsel represents him. LR IA 11-6(a). Petitioner needs to make his request through counsel.

IT THEREFORE IS ORDERED that the clerk of the court **STRIKE** the proper-person motion (ECF No. 109).

DATED: February 28, 2022.

RICHARD F. BOULWARE, II
United States District Judge

1